UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER D. BRYAN, *et al.*, | Case No.  2:26-cv-1484-DJC-JDP (PS) |
| Plaintiffs, | |
| v. | ORDER |
| MICHAEL YAUNCK, *et al.*, | |
| Defendants. | |

Plaintiffs Roger and Tracie Bryan bring this action jointly and neither has paid the filing fee.  However, only Tracie Bryan has filed an application to proceed *in forma pauperis*.  ECF No. 2.  If more than one plaintiff seeks to proceed *in forma pauperis*, they must each make the showing that they qualify for that status.  *See Malone v. Ferguson*, No. 3:19-cv-05574 RJB-JRC, 2019 U.S. Dist. LEXIS 145700, *2 (W.D. Wash Aug. 27, 2019) ("[E]ach plaintiff must qualify for IFP status—or the $400 filing fee to initiate the matter must be paid—before the case may proceed.").  Accordingly, Roger Bryan must either pay the filing fee or complete an application to proceed *in forma pauperis*.

1

Accordingly, it is ORDERED that Roger Bryan must either pay the filing fee or file a complete application to proceed *in forma pauperis* within fourteen days.

IT IS SO ORDERED.


Dated:   July 1, 2026

_____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2