UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGER D. BRYAN, et al.,

Plaintiffs,

v.

MICHAEL YAUNCK, et al.,

Defendants.

Case No. 2:26-cv-1484-DJC-JDP (PS)

ORDER

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On September 18, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The proposed Findings and Recommendations filed September 18, 2026, ECF No. 8, are ADOPTED;
2. Plaintiffs' first amended complaint, ECF No. 7, is DISMISSED without leave to

amend; and

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE